**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GREG SLOAN,

    Plaintiff,                                CASE NO. 11-cv-471-T-23MAP

    v.

VALENTINE & KEBARTAS, INC.,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    NOW COMES the Plaintiff, GREG SLOAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

    RESPECTFULLY SUBMITTED,

By: /s/ James Pacitti_____
James Pacitti (FBN: 119768)
Krohn & Moss, Ltd
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 x 230
Fax: (866) 385-1408
jpacitti@consumerlawcenter.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Attorney for Defendant by email at rhandley@v-k-i.com.

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff