**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GREG SLOAN,

Plaintiff, CASE NO. 8:11-cv-00471-SDM-MAP

v.

VALENTINE & KEBARTAS, INC.,

Defendant.
________________________________________/

**NOTICE OF VOLUNTARY DISMISSAL**

GREG SLOAN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, VALENTINE & KEBARTAS, INC. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ James D. Pacitti__________

James D. Pacitti, Esq.
FBN: 119768
Krohn & Moss, Ltd
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 x 230
Fax: (866) 385-1408
Email: jpacitti@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Attorney for Defendant by email at rhandley@v-k-i.com.

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff