UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREG SLOAN,

    Plaintiff,

v.                                  CASE NO: 8:11-cv-471-T-23MAP

VALENTINE & KEBARTAS, INC.,

    Defendant.
_____/

## ORDER

The plaintiff's notice (Doc. 8) of voluntary dismissal with prejudice is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE** in accord with Rule 41(a), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on April 13, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE